UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ALCARAZ,<br><br>    Plaintiff,<br><br>v.<br><br>EMC MORTGAGE CORPORATION; BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION; QUALITY LOAN SERVICE CORP.; and, DOES 1 to 50, inclusive,<br><br>    Defendants. | Case No. EDCV 09-321-VAP (AJWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against EMC MORTGAGE CORPORATION and BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>April 7, 2009</u>

                                     VIRGINIA A. PHILLIPS<br>
                                     United States District Judge